```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ALEX LOZADA
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  (916) 554-2806
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-CR-00024-MCE |
|---|---|
| Plaintiff, | ) Stipulation to Continue Hearing<br>) Date and Order |
| v. | ) Date: May 31, 2012 |
| MARIE CROSS, | ) Time: 9:00 a.m.<br>) Judge: Hon. Morrison C. England |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States through Alex Lozada, Special Assistant U.S. Attorney, and the defendant, Marie Cross, through her undersigned counsel, John Balazs, to continue the previously scheduled motion hearing set for May 24, 2012 at 9:00 a.m. to May 31, 2012 at 9:00 a.m.

///
///
///
///
///
///
///

1

The continuance is due to the unavailability of the government's counsel.

DATED: April 27, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Alex Lozada
ALEX LOZADA
Special Assistant U.S. Attorney

(as authorized on 4/26/12)
By: /s/ Alex Lozada for
JOHN BALAZS
Attorney for Defendant

ORDER

Time is excluded through and including May 31, 2012, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. The Court specifically finds that the ends of justice served by taking the action ordered outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED:

Dated: May 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE