JOHN BALAZS, Bar No. 157287
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
JESUS MENDOZA
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIE CROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 2:12-cr-00024 MCE |
|---|---|---|
| Plaintiff, | ) ) | ORDER AUTHORIZING CERTIFIED LAW STUDENT TO |
| v. | ) ) | APPEAR AND ARGUE ON BEHALF OF THE DEFENSE |
| MARIE CROSS, | ) ) | Date: May 31, 2012 |
| Defendant. | ) ) | Time: 9:00 am Judge: Hon. Morrison C. England |

Under Local Rule 83-181, the defense's request for permission for JESUS MENDOZA, a certified University of the Pacific, McGeorge School of Law student in the Office of the Federal Defenders Misdemeanor Unit, to argue the appeal on behalf of the defense is granted.

IT IS SO ORDERED.
Dated: May 29, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE